AO 442  (Rev. 11/11)  Arrest Warrant

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

# UNITED STATES DISTRICT COURT

2021 MAY -7  PM 2: 29 

for the

District of New Mexico

CLERK-ALBUQUERQUE

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 20-CR-2121 KWR |
| | ) | |
| | ) | |
| KEVIN METZGAR | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   KEVIN METZGAR _____ ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 21 U.S.C. §§ 841(a)(1) and (b)(1)(B):  Possession with Intent to Distribute 400 Grams and More of Fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide);

Count 2: 18 U.S.C. § 924(c)(1)(A)(i): Possession of a Firearm in Furtherance of a Drug Trafficking Crime.

Date:  ____12/02/2020____                                 _____
                                                                                     *Issuing officer's signature*

City and state:   Albuquerque, New Mexico                    Mitchell R. Elfers, Clerk of Court
                                                                                     *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 12/02/2020 , and the person was arrested on *(date)* 5/7/2021 at *(city and state)* Albuquerque, NM . |
| Date: 5/7/2021                                   _____<br>*Arresting officer's signature* |
| SA Timothy Piatt<br>*Printed name and title* |