# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**KEVIN METZGAR**, )<br>)<br>Defendant. ) | CRIMINAL NO. 20-CR-02121-KWR |

## UNITED STATES' RESPONSE TO DEFENDANT'S SENTENCING MEMORANDUM IN SUPPORT OF THE PARTIES' RULE 11(c)(1)(C) AGREEMENT

The United States hereby responds to Defendant's Sentencing Memorandum. The United States has reviewed the Presentence Report (PSR), which has determined his advisory guideline range to be 97 months to 121 months. The United States does not object to the guideline range calculation in the PSR. After considering the factors enumerated in Section 3553(a), the United States does not oppose the requested sentence of imprisonment of 10 years (120 months), and has agreed to this imprisonment term in the Plea Agreement in this case. The United States requests that the Court sentence the Defendant according to the parties' Rule 11(c)(1)(C) agreement, and may provide additional information at sentencing.

WHEREFORE the United States requests that the Court sentence the Defendant to 10 years (120 months) of imprisonment.

Respectfully submitted,

ALEX M.M. UBALLEZ
United States Attorney

*<u>Electronically Filed 7/29/22</u>*
Nora Wilson
Assistant United States Attorney
201 3rd Street NW, Suite 900
Albuquerque, NM 87102
(505) 224-1416
Nora.wilson@usdoj.gov

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record on this date.

*<u>Electronically Filed 7/29/22</u>*
Nora Wilson
Assistant United States Attorney