# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | |
|---|---|
| CR No: 20-2121 KWR | USA vs.: METZGAR |
| Date: 8/2/2022 | Name of Deft: KEVIN METZGAR |

Before the Honorable: Kea W. Riggs, U.S. District Judge

| | | | |
|---|---|---|---|
| Time In/Out: | 10:56am-11:11am | Total Time in Court (for JS10): | 15 minutes |
| Clerk: | C. Bevel | Court Reporter: | Danna Schutte Everett |
| AUSA: | Nora Wilson | Defendant's Counsel: | Martin Juarez |
| Sentencing in: | Albuquerque | Interpreter: | N/A |
| Probation Officer: | Melissa Corella | Interpreter Sworn? | Yes / No |

| | | | | | | |
|---|---|---|---|---|---|---|
| Convicted on: | X | Plea | | Verdict | As to: | Information / X Indictment |
| If Plea: | X | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | Counts 1 & 2 |
| If Plea Agreement: | X | Accepted | | Not Accepted | No Plea Agreement | Comments: |
| Date of Plea/Verdict: | 2/8/2022 | PSR: X Not Disputed | | Disputed | X Courts adopts PSR Findings | |
| Evidentiary Hrg: | X | Not Needed | | Needed | Exceptions to PSR: | |

### SENTENCE IMPOSED

| | |
|---|---|
| Imprisonment (BOP): | Counts 1 & 2: 60 months as to each count to run consecutively for a total term of 120 months |
| Supervised Release: | 4 years concurrently |
| Probation: | |
| REC | 500-Hour Drug Program / BOP Sex Offender Program / Other: |
| ICE | Court recommends ICE begin removal proceedings immediately or during service of sentence / ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for ___ months ___ days |
| | Comply with ICE laws and regulation | | Community service for 60 hours during supervised release. |
| X | Participate in/successfully complete subst abuse program/testing. Testing shall not exceed more than 60 test(s) per year | | Reside halfway house 6 months ___ days |
| X | Participate in/successfully complete mental health program | | Register as sex offender |
| | Refrain from use/possession of alcohol/intoxicants. Testing shall not exceed more than 4 per day | | Participate in sex offender treatment program |
| X | Submit to search of person/property | | Possess no sexual material |
| | No contact with victim(s) and/or co-defendant(s) | | No computer with access to online services |
| | No entering or loitering near victim's residence | | No contact with children under 18 years |
| | Provide financial information | | No volunteering where children supervised |
| | Waive right of confidentiality and allow the treatment provider to release treatment records | | Restricted from occupation with access to children |
| X | Must not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair your physical or mental functioning, whether or not intended for human consumption. | | No loitering within 100 feet of school yards |
| X | Must not possess, sell, offer for sale, transport, cause to be transported, cause to affect interstate commerce, import, or export any drug paraphernalia, as defined in 21 U.S.C. 863(d). | | If defendant is unemployed - Must participate in an educational or vocational services program and follow the rules and regulations of that program |
| | OTHER: | | |

| | | | |
|---|---|---|---|
| Fine: | $ 0 | Restitution: | $ 0 |
| SPA: | $ 200.00 (100 per count) | Payment Schedule: | X Due Immediately / Waived |
| OTHER: | Consistent with a stipulation in the Plea Agreement, the defendant forfeits his rights, title, and interest to $76,729 in US Currency as well as the firearms (4) seized during the instant offense as reflected in paragraph 19 of the plea agreement. | | |

| | | | |
|---|---|---|---|
| | Advised of Right to Appeal | X | Waived Appeal Rights per Plea Agreement |
| X | Held in Custody | | Voluntary Surrender |

| X | Recommended place(s) of incarceration: | La Tuna, Anthony Texas |
|---|---|---|
|  | Dismissed Counts: | |
| OTHER COMMENTS: | | AUSA Wilson requests delay entry of the Judgment so that defendant is not designated to a BOP facility in light of defendant's pending murder charge in the State of New Mexico. Mr. Juarez has concerns with delaying entry of the Judgment. Court will not delay entry of the judgment. |